STATE OF INDIANA *v.* REMLEY, SHERIFF, SOMMER, JUDGE.

[No. 0-397. Filed February 24, 1955.]

*Robert K. Cooper, pro se.*

PER CURIAM—The petition is incoherent in many respects, but as we understand it, one, Robert K. Cooper, as relator, seeks an alternative writ of mandamus directed to the Montgomery Circuit Court. The relief sought pertains to a proceedings in the trial court, and the petition is fatally defective for failure to comply with Rule 2-35.

Petition denied.

NOTE.—Reported in 125 N. E. 2d 701.